RBC:dy 2025R00347
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-mj-382 (JFD) |
| ROBERTO CARLOS MUNOZ | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 17, 2025, in the State and District of Minnesota, ROBERTO CARLOS MUNOZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an ERO Officer, while such officer or employee was engaged in or on account of the performance of official duties, and in the commission of such acts, ROBERTO CARLOS MUNOZ used a deadly weapon, that is, a motor vehicle, and inflicted bodily injury to the ERO Officer, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Complainant's signature

Special Agent Chad Fleming
FBI
_____
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: June 17, 2025

_____
Judge's Signature

City and State: St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
_____
Printed Name and Title