RBC:dy
AO 442 (Rev. 11/11) Arrest Warrant

2025R00347

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

ROBERTO CARLOS MUNOZ

Case No. 25-mj-382 JFD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay ROBERTO CARLOS MUNOZ

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information _X_ Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

On or about June 17, 2025, in the State and District of Minnesota, ROBERTO CARLOS MUNOZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an ERO Officer, while such officer or employee was engaged in or on account of the performance of official duties, and in the commission of such acts, ROBERTO CARLOS MUNOZ used a deadly weapon, that is, a motor vehicle, and inflicted bodily injury to the ERO Officer, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

Date: June 17, 2025

*Issuing officer's signature* (signed) John F. Docherty

City and State: St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*