IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 25-cr-246 (JMB/SGE) |
| ) | Date: June 24, 2025 |
| Roberto Carlos Munoz-Guatemala, ) | Courthouse: St. Paul |
| ) | Courtroom: 6B |
| Defendant. ) | Time Commenced: 11:10 a.m. |
| ) | Time Concluded: 11:13 a.m. |
| ) | Time in Court: 3 minutes |

X **DETENTION HEARING**

APPEARANCES:

Plaintiff: Raphael Coburn, Assistant U.S. Attorney
Defendant:  Eric Newmark
         X CJA

Interpreter/Language:   Constanza "Coti" Raber/Spanish

On   X Indictment

X Defendant waives the right to the detention hearing but reserves the right to reopen in the future if circumstances change.
X Defendant Ordered Detained. Government to submit proposed order.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

_____*s/nah*_____
Signature of Criminal Duty Clerk