UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-246 (JMB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERTO CARLOS MUNOZ- ) <br> GUATEMALA, ) <br> ) <br> Defendant. ) | **AMENDED PRETRIAL SCHEDULING AND CASE MANAGEMENT ORDER** |

This matter is before the Court upon the Government's Motion for Extension of Time (Dkt. 15). The Government is requesting a 14-day extension to all due dates in the current scheduling order. Counsel for defendant did not object to the request.

Finding that the ends of justice served by a continuance outweigh the interest of the public and defendant in a speedy trial, **IT IS HEREBY ORDERED** that the Government's motion for extension of time is **GRANTED**.

1) The Status Conference previously scheduled for July 9, 2025 is **CANCELLED** and will now be held on **July 28, 2025** at **9:00 a.m.**, in the Devitt Courtroom, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2) The United States must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **July 15, 2025**. D. Minn. LR 12.1(a)(1). The defense must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **July 22, 2025**. D. Minn. LR 12.1(a)(2).

3) Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **July 29, 2025**.

4) Counsel must electronically file a letter on or before **July 29, 2025**, if no motions will be filed and there is no need for a hearing.

5) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **August 12, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

6) Any Responsive Notice of Intent to Call Witnesses must be filed by **August 15, 2025**.

7) The Motion hearing that is currently scheduled for August 11, 2025, is **CANCELLED** and will now be held on **August 25, 2025 at 1:30 p.m.**, Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, pursuant to Federal Rules of Criminal Procedure 12(b) and (c), if:

   a) The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b) Oral argument is requested by either party in its motion, objection or response pleadings.

8) The parties will receive the remaining dates relating to trial by separate order from the Honorable Judge Jeffrey M. Bryan.

Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and

2

Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motions and the supporting documents. Accordingly, the period of time from **July 15, 2025,** the prior motions deadline, **through July 29, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Case Management Order (Dkt. 14) remain in full effect.

Dated:   July 1, 2025                             *s/Shannon G. Elkins*
                                                  SHANNON G. ELKINS
                                                  U. S. Magistrate Judge