UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-CR-246 (JMB/SGE))

United States of America,

    Plaintiff,

**MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

v.

Roberto Munoz-Guatemala,
    Defendant.

## MOTION

Defendant Roberto Munoz-Guatemala, through his attorney, Eric L. Newmark, respectfully moves this Honorable Court for a two-week extension of time to file his motions currently due July 29, 2025. The Government disclosed discovery to us in time, however, there were some technical issues, and we were not able to access the discovery until July 21, 2025. The new due date for the motions would be August 4, 2025. A Statement of Facts will be filed as soon as possible.

Dated: __7/24/2025____      _/s/Eric L. Newmark___
    Eric L. Newmark MN Atty No. 259792)
    Attorney for Defendant
    1600 Hopkins Crossroad
    Minnetonka, MN 55305
    (612) 464-1161
    eric@newmarklawoffice.com