**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 25-cr-00246(JMB/SGE)

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>Vs.<br><br>ROBERTO CARLOS MUNOZ-GUATEMALA,<br><br>                      Defendant. | **DEFENDANT'S PRETRIAL MOTION FOR DISCLOSURE OF GRAND JURY MINUTES AND TRANSCRIPT** |

---

Pursuant to Rule 6(e)(C) of the Federal Rules of Criminal Procedure, the Defendant moves the Court for an order permitting defense counsel to inspect and copy the minutes and transcript of the grand jury which returned the indictment on the grounds that:

1. The indictment may be based upon evidence illegally obtained.

2. The transcript is necessary to show that grounds exist to support a motion to dismiss the indictment because of matters occurring before the grand jury.

3. The evidence presented is necessary for the purpose of impeaching the prosecution witnesses, to refresh their recollection and to test their credibility.

This Motion is based upon all the files, records, and proceedings herein.

                                                Respectfully submitted,

                                                **NEWMARK LAW OFFICE LLC**

Dated: August 13, 2025             /s/ Eric L. Newmark

Eric L. Newmark
Attorney No. 259792
Attorney for Defendant
1600 Hopkins Crossroad
Minnetonka, MN 55305
Phone: (612) 464-1600