AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

UNITED STATES  DISTRICT OF  MINNESOTA

**EXHIBIT LIST**

USA
V.
Roberto Carlos Munoz-Guatemala

Case Number: 25-cr-246 (JMB/SGE)

| PRESIDING JUDGE  Jeffrey M. Bryan | PLAINTIFF'S ATTORNEY  Raphael Coburn/ Thomas Calhoun-Lopez | DEFENDANT'S ATTORNEY  Eric L. Newmark |
|---|---|---|
| TRIAL DATE (S)  December 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | 911 call made by Katie Sanchez Ambrocio |
| | 2 | | | | Bloomington Police Incident Report |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages