UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-246 (JMB/SGE) |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| Roberto Carlos Muñoz-Guatemala, | |
| Defendant. | |

### COUNT 1
(Assault on a Federal Officer with a Dangerous or Deadly Weapon or Resulting in Bodily Injury)

We, the Jury, unanimously find the defendant, Roberto Carlos Muñoz-Guatemala,

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

of the crime of Assault on a Federal Officer with a Dangerous or Deadly Weapon or Resulting in Bodily Injury, as charged in **COUNT 1** of the Indictment.

[The defense requests the addition of the following:

If you found the defendant, Roberto Carlos Munoz-Guatemala, guilty of COUNT 1 of the Indictment, please indicate which of the following you unanimously agreed upon:

\_\_\_\_\_ The assault was committed using a dangerous or deadly weapon

\_\_\_\_\_ The assault resulted in bodily injury]

**WHEN YOU HAVE COMPLETED YOUR DELIBERATIONS, PLEAS HAVE YOUR FOREPERSON SIGN AND DATE BELOW:**

_____           _____
FOREPERSON'S SIGNATURE                                              DATE