UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-246 (JMB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) JOINT LIST OF PARTIES, |
| v. | ) ATTORNEYS, AND OTHER |
| | ) LEGAL PROFESSIONALS |
| ROBERTO CARLOS | ) |
| MUÑOZ-GUATEMALA, | ) |
| | ) |
| Defendant. | |

The parties hereby respectfully submit their joint list of parties, attorneys, and other legal professionals.

1. The United States will be represented at trial by the following attorneys:

    Assistant U.S. Attorney Raphael B. Coburn
    Assistant U.S. Attorney Tom Calhoun-Lopez
    U.S. Attorney's Office
    300 South Fourth Street, Suite 600
    Minneapolis, Minnesota 55415

   Sitting at counsel table will be the following case agent:

    Special Agent Alyssa Leary, Federal Bureau of Investigation

2. Defendant Roberto Carlos Muñoz-Guatemala will be represented at trial by the following attorney:

    Eric L. Newmark
    Newmark Law Office LLC
    1600 Hopkins Crossroad
    Minnetonka, Minnesota 55305

1

Dated: November 17, 2025                Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Raphael B. Coburn*
BY: RAPHAEL B. COBURN
THOMAS CALHOUN-LOPEZ
Assistant United States Attorneys

—and—

NEWMARK LAW OFFICE LLC

*/s/ Eric L. Newmark*
ERIC L. NEWMARK
Attorney for Mr. Muñoz-Guatemala