# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Roberto Carlos Muñoz-Guatemala,

    Defendant.

Case No. 25-CR-246 (JMB/SGE)

**VERDICT FORM**

## Question 1

As to Count 1 of the Indictment, we, the Jury, unanimously find Defendant Roberto Carlos Muñoz-Guatemala ___Guilty___ *(write GUILTY or NOT GUILTY)*.

*If you answer "NOT GUILTY" to Question 1, then do not answer Question 2 or Question 3. Instead, leave Questions 2 and 3 blank and then sign and date the verdict form.*

*However, if you answer "GUILTY" to Question 1, then you must also answer Question 2 and Question 3. After answering both Questions 2 and 3, sign and date the verdict form.*

## Question 2

Do you, the Jury, unanimously find that Defendant Roberto Carlos Muñoz-Guatemala used a deadly or dangerous weapon to commit the offense?

___Yes___
*(write YES or NO)*

1



SCANNED
DEC 1 1 2025
U.S. DISTRICT COURT ST. PAUL

### Question 3

Do you, the Jury, unanimously find that the offense resulted in bodily injury?

_____Yes_____
(write YES or NO)

Dated: 12/10, 2025         SIGNATURE REDACTED —
                            Foreperson