# VERDICT

