Computer password for Jury login to view exhibits

SCANNED DEC 1 1 2025 CK U.S. DISTRICT COURT ST. PAUL